J. Stephen Peek, Esq.
Nevada Bar No. 1758
Robert J. Cassity, Esq.
Nevada Bar No. 9779
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
speek@hollandhart.com
bcassity@hollandhart.com

Brett L. Foster, Esq. *(pro hac vice pending)*
Richard T. Jackson, Esq. *(pro hac vice pending)*
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
801-799-5800
801-799-5700 – fax
blfoster@hollandhart.com
rtjackson@hollandhart.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYBERGUN S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CROSMAN CORPORATION, a Delaware Corporation,<br><br>Defendant. | CASE NO. 2:13-cv-01841-GMN-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR 6-1 and LR 6-2, Plaintiffs Cybergun S.A. and FN Herstal, S.A., by and through their undersigned counsel, move the Court on an unopposed basis for an extension of time for Defendant to respond to the Complaint. The current deadline for Defendant to file in response to the Complaint is November 13, 2014. Plaintiffs request that the Court grant Defendant an additional 33 days, or until December 16, 2013, to file in response to the Complaint. There have been no previous extensions granted by the Court. The reason supporting this request is that the parties are engaged in settlement discussions and Plaintiffs represent that there is a reasonable

6511913_1

opportunity to amicably resolve this case. Plaintiffs, rather than Defendant, are filing this motion because Defendant has not yet retained local counsel and Plaintiffs have agreed to file this motion for the benefit of Defendant. Plaintiffs have no objection to the requested extension for Defendant to respond to the Complaint.

Accordingly, Plaintiffs make this unopposed request that the Court extend the deadline for Defendant to answer for thirty-three (33) days, such that Defendant's response to the Complaint will be due on or before December 16, 2013.

DATED November 13, 2013.

*/s/ Robert J. Cassity*
_____
J. Stephen Peek, Esq.
Robert J. Cassity, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Brett L. Foster, Esq. *(pro hac vice pending)*
Richard T. Jackson, Esq. *(pro hac vice pending)*
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101

*Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~ JUDGE
          Magistrate

Dated: ___11-14-2013_____

Page 2 of 2

6511913_1